**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Robin Adams, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21CV00425 MTS |
| | ) | |
| | ) | |
| Syngenta Crop Protection LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The above styled and numbered case was opened on April 12, 2021 and randomly assigned to the Honorable Matthew T. Schelp, United States District Judge.

However, it was determined the case should have been opened as a Northern Division Case.

Accordingly,

IT IS THEREFORE ORDERED that the above-styled cause is reassigned to the Northern Division and the Honorable Matthew T. Schelp, United States District Judge.

GREGORY J. LINHARES
CLERK OF COURT

Dated: April 14, 20201                                    By: /s/Michele R. Crayton
                                                                        Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:21-CV-00029-MTS**